THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN A. OVALLE, Appellant. [952 NYS2d 466]—

The brief submitted by the appellant's assigned counsel pursuant to *Anders v California* (386 US 738 [1967]), was deficient because it failed to adequately analyze potential appellate issues or highlight facts in the record that might arguably support the appeal (*see People v Poznanski*, 97 AD3d 701 [2012]; *People v Sanders*, 91 AD3d 798, 799 [2012]; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d 252, 256 [2011]). Since the brief does not demonstrate that assigned counsel diligently examined the record, we must assign new counsel to represent the appellant (*see People v Poznanski*, 97 AD3d 701 [2012]; *People v Sanders*, 91 AD3d at 799; *Matter of Giovanni S. [Jasmin A.]*, 89 AD3d at 258). Dillon, J.P., Balkin, Leventhal and Hall, JJ., concur.